IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES RYALS, JR.,
on behalf of himself and
all others similarly
situated,

    Plaintiff,

v.                                  Civil Action No. 3:14cv643

STRATEGIC SCREENING
SOLUTIONS, INC., et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record on December 16, 2015, it is hereby ORDERED that:

(1) the parties shall file their Motion for Preliminary Approval of Class Action Settlement by December 28, 2015;

(2) the hearing on the Motion for Preliminary Approval is scheduled for 11:00 a.m. January 12, 2016; and

(3) the JOINT CONSENT TO JURISDICTION OF THE MAGISTRATE JUDGE (Docket No. 33) is denied as moot.

It is so ORDERED.

                                             /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date:  December 16, 2015