UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

JAMES RYALS, JR.,
*on behalf of himself and others*
*similarly situated*,

        **Plaintiff,**

v.                                Civil Action No. 3:14-cv-00643-REP

STRATEGIC SCREENING SOLUTIONS, INC.,
And LIBERTY SCREENING SOULUTIONS, LTD.,

        **Defendants.**

### PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, CONDITIONALLY CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FINAL FAIRNESS HEARING

Plaintiff, James Ryals, Jr., with the consent of Defendants, Strategic Screening Solutions, Inc. and Liberty Screening Solutions, Ltd., entered into a Settlement Agreement attached hereto as Exhibit "1". Pursuant to Fed. R. Civ. P. 23, the Parties hereby move the Court for Preliminary Approval of the Class Action Settlement Agreement. For the reasons supplied in the accompanying Memorandum in Support, the Parties respectfully request that the Court enter a Preliminary Approval Order, in the proposed form attached hereto as Exhibit "1-A":

(1) Preliminarily approving a proposed class settlement;

(2) Scheduling a fairness hearing;

(3) Certifying the proposed settlement class for purposes of the proposed class settlement;

(4) Appointing class counsel, and

(5) Approving the form and manner of notice proposed to be sent to all members of the

settlement class.

**Respectfully Submitted,**

**JAMES A. RYALS,**
*on behalf of himself and others similarly situated*,

BY: _____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com

Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  srotkis@clalegal.com

Christopher C. North, Esq.
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 873-1010
Facsimile: (757) 873-8375
Email: cnorthlaw@aol.com

William Leonard Downing
The Consumer and Employee Rights Law Firm, PC
751-A Thimble Shoals Blvd.
Newport News, VA 23606
Telephone: (757) 873-1010
Facsimile: (757) 873-8375

*Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of December, 2015, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record, including:

Charles Michael Sims
LeClair Ryan, A Professional Corporation
951 East Byrd St.
Richmond, VA  23219
Email:  Charles.sims@leclairryan.com

Ryan Christopher Day
LeClair Ryan, PC
2318 Mill Road
Suite 1100
Alexandria, VA 22314
Email:  Ryan.Day@leclairryan.com

                                              /s/
                                   Leonard A. Bennett, Esq.
                                   VSB #37523
                                   CONSUMER LITIGATION ASSOCIATES, P.C.
                                   763 J. Clyde Morris Blvd, Suite 1A
                                   Newport News, VA  23601
                                   Telephone: (757) 930-3660
                                   Facsimile: (757) 930-3662
                                   Email:  lenbennett@clalegal.com