IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
JAN 12 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JAMES RYALS,
et al.,

    Plaintiff,

v.       Civil Case No. 3:14-cv-643

STRATEGIC SCREENING
SOLUTIONS, INC.,

    Defendant.

### ORDER

For the reasons set forth on the record on January 12, 2016, it is hereby ORDERED that:

1) The parties shall file an amended Stipulation of Settlement, Proposed Preliminary Approval Order, and Proposed Class Notice no later than January 26, 2016; and

2) The hearing on the parties' joint Motion for Preliminary Approval of Class Settlement will be held on February 17, 2016, at 11:00 a.m.

It is so ORDERED.

                               /s/ REP
                               Robert E. Payne
                               Senior United States District Judge

Richmond, Virginia
Date: January 12, 2016