IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JAMES RYALS, JR.,
on behalf of himself and
all others similarly
situated,

    Plaintiff,

v.

    Civil Action No. 3:14cv643

STRATEGIC SCREENING
SOLUTIONS, INC., et al.,

    Defendants.

## ORDER

Having considered the JOINT MOTION TO ENLARGE TIME BY WHICH TO SUBMIT EDITED SETTLEMENT DOCUMENTS (Docket No. 41), it is hereby ORDERED that the motion is granted. It is further ORDERED that the parties shall file an amended Stipulation of Settlement, Proposed Preliminary Approval Order, and Proposed Class Notice by January 29, 2016.

It is so ORDERED.

                                                /s/        REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: January 27, 2016