IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JAMES RYALS, JR.,
on behalf of himself and
all others similarly
situated,

    Plaintiff,

v.

STRATEGIC SCREENING
SOLUTIONS, INC., et al.,

    Defendants.

Civil Action No. 3:14cv643

**ORDER**

Due to a conflict in the Court's docket, it is hereby ORDERED that the hearing on the Motion for Preliminary Approval scheduled for 11:00 a.m. February 17, 2016 is rescheduled to 2:30 p.m. February 17, 2016.

It is so ORDERED.

                                      /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: January 28, 2016