IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES RYALS,
et al.,

        Plaintiff,

v.                               Civil Case No. 3:14-cv-643

STRATEGIC SCREENING
SOLUTIONS, INC.,

        Defendant.

### ORDER

For the reasons set forth on the record on February 17, 2016, it is hereby ORDERED that:

1) The parties shall file an amended Stipulation of Settlement, Proposed Preliminary Approval Order, and Proposed Class Notice no later than February 22, 2016; and

2) The hearing on the parties' joint Motion for Preliminary Approval of Class Settlement will be held on February 29, 2016, at 10:00 a.m.

It is so ORDERED.

                                          /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: February 17, 2016