**Ryals v Strategic Screening Solutions**
**Opt Out Listing as of 6/28/2016**

| Count | Unique ID | Name |
|---|---|---|
| 1 | 900001 | ANGELKOVSKI, MISE S |
| 2 | 900003 | THOMPSON JR, JOHN |
| 3 | 900005 | EGELE, CHARLES |
| 4 | 900009 | ALLEN, TYRONE |
| 5 | 900010 | ANDREW, MARTINA L |
| 6 | 900012 | ELLETT, DREW |
| 7 | 900013 | ROJAS, MARISSA L |
| 8 | 900015 | POLICASTRO, BRIANNA |
| 9 | 900017 | HOOKER, SAMUEL MAURICE |
| 10 | 900018 | HOLLEY, STEVEN A |
| 11 | 900020 | HERNANDEZ, JOSE |
| 12 | 900026 | NGUYEN, LUC THE |
| 13 | 900028 | ELLIS, LAKEISHA D |
| 14 | 900030 | FRANKLIN, DONALD |
| 15 | 900031 | OCASIO, FRANCES MICHELLE |
| 16 | 900037 | BENTLEY, JEREMY RUSSELL |
| 17 | 900038 | TORRES, CRESENCIO |
| 18 | 900042 | ABENET, ABREHAM |
| 19 | 900043 | COOKS, EDDIE THOMAS |
| 20 | 900046 | THOMAS, JOHNATHAN |
| 21 | 900049 | JIMENEZ, ENRIQUETA |
| 22 | 900050 | BELTRAN, NEIZEL MAE C |
| 23 | 900051 | ANDRADE, LUIS |
| 24 | 900052 | MYERS, DAMON |
| 25 | 900053 | LOMAX, ADRIENNE MARIE |
| 26 | 900056 | JAMES, DAVID RAY |
| 27 | 900058 | KIMBLE, JERRY CHRISTOPHER |
| 28 | 900060 | DE ROBERTS, MICHAEL |
| 29 | 900061 | COLLETTI, VINCENT |
| 30 | 900062 | WALKER, KENNETH |
| 31 | 900063 | MORRELL, CHANNING |
| 32 | 900065 | HOLBROOK, TOM |
| 33 | 900067 | ANTHONY, DELORIS BRACE |
| 34 | 900068 | WOOD, MILLICENT LEE |
| 35 | 900069 | MCINTYRE, GWENETTA FAYE |
| 36 | 900070 | DAHAL, THAGA |

Exhibit A