*Return Mail Only*  Check Number  1001

RYALS V. STRATEGIC SCREENING SOLUTIONS SETTLEMENT
c/o Settlement Administrator
PO BOX 23648
JACKSONVILLE FL 32241-3648


*6683-FC-000001*

Lname, fname
Add1 add2
City, State ZIP

Case Number  Civil Action No. 3:14-cv-643
For Inquiries Call Toll Free  (844) 303-0550
Website  www.ScreeningSettlement.com

## THE APPROVED RELEASE IS A NARROW ONE

## AND YOU MAY HAVE OTHER CLAIMS THAT ARE NOT RELEASED

The approved Settlement releases ONLY your Fair Credit Reporting Act ("FCRA") claims relating to (1) the requirement of notice when Defendants reported certain information about you (1681k(a)), and (2) the contents of certain communications when you requested from Defendants a copy of your report (1681g). **THE FCRA PROVIDES YOU WITH OTHER RIGHTS THAT WERE NOT RELEASED BY THIS SETTLEMENT, SUCH AS FOR THE REPORTING OF INACCURATE INFORMATION ABOUT YOU OR THE FAILURE TO CONDUCT A REASONABLE INVESTIGATION OF A DISPUTE. IF YOU ARE CONCERNED THAT DEFENDANTS MAY HAVE VIOLATED THESE NON-RELEASED RIGHTS, THEN YOU SHOULD SPEAK TO AN ATTORNEY IMMEDIATELY.**

If you would like a copy of your report from Defendants, you may request one by writing to: Liberty Screening Services: Consumer Disclosure Center, 2180 North Loop West, Suite 350, Houston, TX 77018.

---

WARNING: MULTIPLE SAFETY FEATURES. THE FACE OF THIS CHECK HAS A BLUE BACKGROUND AND FLOURESCENT INK (HOLD UNDER BLACKLIGHT TO VIEW) REFER TO SECURITY ENDORSEMENT BACKER FOR TRUE WATERMARK AND ADDITIONAL FEATURES

| RYALS V. STRATEGIC SCREENING SOLUTIONS SETTLEMENT | East West Bank | Check Number | 1001 |
| C/O Settlement Administrator | El Monte, CA | | (check date) |
| PO Box 23648 | | Check Date | |
| Jacksonville, FL 32241-3648 | 16-7038/3220 | | |

PAY   totalinwords                                                                 $ «checkamt»

TO THE   «FNAME» «LNAME»
ORDER   «ADDRLINE1» «ADDRLINE2»
OF:   «ADDRCITY» «ADDRSTATE» «ADDRZIP»

Check Void After:   (Void date)

<u>SIGNATURE IMAGE</u>

Security Features on Back
**FPO** C001001C  R322070381R  A5400004824A  **FPO**

Exhibit B