UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES RYALS, JR.,

    Plaintiff,

v.                                         Civil Action No. 3:14cv643

STRATEGIC SCREENING
SOLUTIONS, INC., et al.,

    Defendants.

### ORDER

Having considered the JOINT MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION (ECF No. 75) and the supporting memorandum, and for good cause shown, it is hereby ORDERED that the JOINT MOTION FOR APPROVAL OF *CY PRES* DISTRIBUTION (ECF No. 75) is granted. It is further ORDERED that, pursuant to Section 2.8 of the STIPULATION OF SETTLEMENT (ECF No. 50-1), the Court approves the distribution of the remaining sum of $115,152.04 as follows:

    $28,788.00    Dress for Success Houston
                            3310 Eastside Street
                            Houston, Texas 77098

    $28,788.00    Goodwill Industries of Houston
                            1140 West Loop North
                            Houston, Texas 77055

    $57,576.02    Virginia Poverty Law Center
                            919 E. Main Street
                            Richmond, Virginia 23219

It is so ORDERED.

                                                /s/    REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: March 6, 2018